IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROBERT J. MATHEWSON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, ET AL.,<br><br>Defendants. | CV 24-46-H-DWM<br><br>ORDER |

By Order of July 10, 2024, Plaintiff Robert J. Mathewson was directed to file a motion to proceed in forma pauperis, with the required account statement, and an amended complaint, after his action was severed from the action filed jointly by him and two other prisoners. (Doc. 2.) Mathewson moved for an extension, which was denied. (Doc. 5.) Mathewson's documents were due on August 12, 2024. He has filed nothing.

Accordingly, IT IS ORDERED that the Clerk of Court is directed to close this matter.

DATED this 27th day of August, 2024.

Donald W. Molloy, District Judge
United States District Court

1